UNITED STATES DISTRCT COURT  **SUPPRESSED**
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

**FILED**

APR 3 0 2025

U. S. DISTRICT **COURT**
EASTERN DISTRICT **OF MO**
ST. LOUIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:25CR238 AGF/NCC** |
| | ) | |
| | ) | |
| DURANT RANDOLPH, | ) | |
| PHILLIP STILES, and | ) | |
| BRIANNA PAIR, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges that, at times relevant to this Indictment:

### The Scheme to Defraud

1.      Beginning in or about April 2022 and continuing through at least as late as October 2022, the defendants, **DURANT RANDOLPH** ("Defendant Randolph"), **PHILLIP STILES** ("Defendant Stiles") and **BRIANNA PAIR** ("Defendant Pair"), voluntarily and intentionally entered an agreement to engage in a scheme to obtain money by purchasing video games at various retailers throughout the country, creating multiple counterfeit versions of those video games, and then selling or returning the fraudulent, counterfeit versions of the video games for cash, including at retailers located in the Eastern District of Missouri.

### Background

2.      Retail transactions at Target stores, including purchases and returns, are processed by means of interstate wire transmission routed through Target's servers located in Minnesota.

3.      In order to return merchandise purchased at Target and receive a fund, individuals must present the receipt for the original purchase transaction.   The scanning of that receipt, which is accomplished by means of an interstate wire transmission, enables the processing of the return and refund transaction.

**Manner and Means**

4.      Beginning at least as early as April 2022, Defendant Randolph, Defendant Stiles, and Defendant Pair purchased authentic video games at retailers located throughout the United States, including Target.

5.      Defendant Randolph, Defendant Stiles and Defendant Pair then substituted counterfeit versions of the authentic video games, often re-shrink wrapping them to give them the appearance of authenticity.

6.      Defendant Randolph, Defendant Stiles and Defendant Pair then travelled together to retail stores, including Target and Game Stop, and returned or sold for cash counterfeit video games which the conspirators falsely represented were authentic video games.

7.      In one such transaction, on or about May 3, 2022, Defendant Randolph purchased video games at a Target store located in Cedar Rapids, Iowa.   Later that same evening, Defendant Stiles returned counterfeit versions of the same video games purchased by Defendant Randolph and obtained a cash refund for the purchase in the amount of $419.93.

8.      In another transaction on or about October 1, 2022, Defendant Stiles purchased authentic video games at a Target store located in Wadsworth, Ohio.   Defendant Pair then returned counterfeit versions of the same video games purchased by Defendant Stiles and obtained a cash refund for the purchase in the amount of $334.93.

9.    On or about October 7, 2022, in the Eastern District of Missouri, Defendant Stiles returned 6 video games, as well as a charging station, to a Target store located in O'Fallon, Missouri.  At least two of the six videogames returned by Defendant Stiles were counterfeit, resulting in a fraudulent cash refund of $79.98.

10.    On or about October 7, 2022, Defendant Pair sold counterfeit videogames to a Game Stop store located in the Eastern District of Missouri, for which she received a $268.94 cash payment.

11.    On or about October 8, 2022, in the Eastern District of Missouri, Defendant Randolph, Defendant Stiles and Defendant Pair were travelling together in a vehicle in possession of hundreds of counterfeit video games and equipment that could shrink wrap products.

12.    During the course of the conspiracy, the defendants engaged in at least 40 fraudulent cash refund transactions at Target stores located throughout the United States.

## COUNT ONE
### (Conspiracy to Commit Wire Fraud: 18 U.S.C. § 1349)

13.    The above paragraphs are hereby realleged and incorporated by reference.

14.    Beginning in or about April 2022 and continuing through at least as late as October 2022, within the Eastern District of Missouri and elsewhere, the defendants,

**DURANT RANDOLPH,**
**PHILLIP STILES,**
**and**
**BRIANNA PAIR,**

and other co-conspirators known and unknown to the Grand Jury, did voluntarily and intentionally join an agreement to commit wire fraud, in violation of 18 U.S.C. § 1343, that is, having devising and intending to devise a scheme to obtain money or property by means of false or fraudulent

pretenses, representations, or promises, to transmit, or cause to be transmitted, an interstate wire communication in furtherance of, or in an attempt to carry out, some essential step in the scheme, that being interstate wire transmissions from Target retail stores to servers located in the state of Minnesota.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

The Grand Jury further alleges there is probable cause that:

1.      Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1349, as set forth in Count One, the defendants shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s).

2.      Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, which constitutes or is derived from proceeds traceable to such violation(s).

3.      If any of the property described above, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

4

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney